IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUANJA EDWARD ANDERSON,

    Plaintiff,                    No. CIV S-05-1868 FCD CMK P

    vs.

DR. JACQUES C. HIRSCHLER, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file his Notice of Submission of Documents and documents needed to direct service upon defendants pursuant to the court's order of September 22, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 29, 2005 request for an extension of time is granted and;

        2. Plaintiff is granted thirty days from the date of this order in which to file his Notice of Submission of Documents and documents needed to direct service upon the defendants.

DATED: October 5, 2005.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE