IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUANJA EDWARD ANDERSON,

    Plaintiff,                    No. CIV S-05-1868 FCD CMK P

    vs.

DR. JACQUES C. HIRSCHLER, et al.,

    Defendants.           ORDER

_____/

On January 23, 2006, plaintiff filed a notice of change of address. That document was not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Plaintiff is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5. See Local Rule 5-135(b). Since an attorney has filed a document with the court on behalf of defendants, documents submitted by plaintiff must be served on that attorney and not on the defendant. Fed. R. Civ. P. 5(b)(1). Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record. See Fed. R. Civ. P. 5(b)(2)(B). Plaintiff must include with every document filed in this action a certificate stating the date an accurate copy of the document was mailed to defendants' attorney and the address to which it was mailed. See Local Rule 5-135(b) and (c).

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff's January 23, 2006 notice of change of address is stricken from the
3  record and will not be considered;

4  2. Plaintiff is directed to resubmit, within thirty days of the date this order is
5  filed, a notice of change of address accompanied by a certificate stating the date an accurate
6  copy of the document was mailed to defendants' attorney and the address to which it was mailed;
7  and

8  3. Plaintiff is ordered to properly serve any documents subsequently filed in this
9  action on defendants' attorney of record. Plaintiff is warned that failure to comply with this
10 order may result in the dismissal of this action. See Local Rule 11-110.

12 DATED: January 30, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2