IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUANJA EDWARD ANDERSON,

      Plaintiff,                        No. CIV S-05-1868 FCD CMK P

      vs.

JACQUES C. HIRSCHLER, et al.,

      Defendants.

_____/        <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). Currently pending before the court is plaintiff's January 27, 2006 request for an extension of time for discovery.

        On January 11, 2006, the court filed a discovery order, which informed the parties of discovery procedures in this case. That order set no deadlines and instead informed the parties of the procedures and time frames for responding to discovery requests. To date, there have been no requests for discovery. Plaintiff's request for an extension of time is premature.

///

///

///

1  Accordingly, IT IS ORDERED that plaintiff's request for an extension of time for
2 discovery (doc. 18) is denied.

3

4 DATED: February 1, 2006.

*[signature]*

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2