1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10   TUANJA EDWARD ANDERSON,

11           Plaintiff,                   No. CIV S-05-1868 FCD CMK P

12       vs.

13   DR. JACQUES C. HIRSCHLER, et al.,

14           Defendants.                  ORDER

15   _____/

16           On January 27, 2006, plaintiff filed a request for extension of time for a discovery

17   order.  That document was not served on defendants.  Plaintiff is advised that every document

18   submitted to the court for consideration must be served on defendants.  Fed. R. Civ. P. 5.

19   Plaintiff is required to serve all documents in this action conventionally in accordance with the

20   relevant provisions of Fed. R. Civ. P. 5.  See Local Rule 5-135(b).  Since an attorney has filed a

21   document with the court on behalf of defendants, documents submitted by plaintiff must be

22   served on that attorney and not on the defendant. Fed. R. Civ. P. 5(b)(1).  Conventional service

23   is usually accomplished by mailing a copy of the document to the attorney's address of record.

24   See Fed. R. Civ. P. 5(b)(2)(B).  Plaintiff must include with every document filed in this action  a

25   certificate stating the date an accurate copy of the document was mailed to defendants' attorney

26   and the address to which it was mailed.  See Local Rule 5-135(b) and (c).

1

1              Accordingly, IT IS HEREBY ORDERED that:

2              1.   Plaintiff's January 27, 2006 request for extension of time for a discovery order

3 is stricken from the record and will not be considered; and

4              2.  Plaintiff is ordered to properly serve any documents subsequently filed in this

5 action on defendants' attorney of record.  Plaintiff is warned that failure to comply with this

6 order may result in the dismissal of this action.  See Local Rule 11-110.

7

8 DATED:   February 15, 2006.

9

10 _____

              **CRAIG M. KELLISON**

11              UNITED STATES MAGISTRATE JUDGE

12

/mp

13 ande 05cv1868.35

14

15

16

17

18

19

20

21

22

23

24

25

26