IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUANJA EDWARD ANDERSON,

        Plaintiff,                    No. CIV S-05-1868 FCD CMK P

    vs.

JACQUES C. HIRSCHLER, et al.,

        Defendants.

_____/     <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). On June 19, 2006, plaintiff filed a motion to proceed in forma pauperis.

        The court, however, has already granted plaintiff permission to proceed in forma pauperis; plaintiff's September 16, 2005 motion to proceed in forma pauperis was granted on September 22, 2005.

///

///

///

///

///

1  Accordingly, IT IS ORDERED THAT plaintiff's June 19, 2006 motion to proceed
2  in forma pauperis is denied as moot.
3
4  DATED: June 21, 2006.
5
6                                      **CRAIG M. KELLISON**
7                                      UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26