IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUANJA EDWARD ANDERSON,

        Plaintiff,                     No. CIV S-05-1868 FCD CMK P

    vs.

JACQUES C. HIRSCHLER, et al.,

        Defendants.

_____/        <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). On July 17, 2006, plaintiff submitted several documents to the court. The documents were not part of any amended complaint or motion.

        Plaintiff is cautioned that the court is not a repository for evidence in this matter. For any evidence submitted by plaintiff to be considered in the disposition of this case, it must be attached to a complaint, a motion, or a responsive pleading. Plaintiff shall refrain from submitting unattached exhibits to the court.

///

///

///

1        IT IS SO ORDERED.

2 DATED: July 24, 2006.

3

4                                              _____
                                               **CRAIG M. KELLISON**
5                                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26