IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUANJA EDWARD ANDERSON,

    Plaintiff,                    No. CIV S-05-1868 FCD CMK P

    vs.

DR. JACQUES C. HIRSCHLER, et al.,

    Defendants.

_____/    <u>ORDER</u>

        Currently pending before the court is defendants' motion for a twenty-one day extension of time to file a motion for summary judgment. Good cause appearing, the request is granted.

        IT IS ORDERED THAT defendants have up to, and including, November 24, 2006 to file their motion for summary judgment.

DATED: November 8, 2006.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE