1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                   SACRAMENTO DIVISION

11

12      **TUANJA EDWARD ANDERSON,**                    No. 2:05-CV-01868 FCD CMK P

13                                      Plaintiff,     **ORDER**

14              **v.**

15      **DR. JACQUES C. HIRSCHLER, et al.,**

16                                    Defendants.

17

18              On November 22, 2006, defendants sought an extension of time of 14-days, up to and

19      including December 8, 2006, to file a motion for summary judgment.  Good cause appearing,

20      defendants' request is granted.

21

22      November 28, 2006

23

24

25                                      /s/   **CRAIG M. KELLISON**
                                        Craig M. Kellison
26                                      UNITED STATES MAGISTRATE JUDGE

27

28

                                              1