1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

12   **TUANJA EDWARD ANDERSON,**                    2: 05-CV-01868 FCD CMK P

13                                    Plaintiff,    **ORDER**

14            **v.**

15   **DR. JACQUES C. HIRSCHLER, et al.,**

16                                    Defendants.

17

18        On December 8, 2006, defendants sought an extension of time of one court day, to and

19   including December 11, 2006, to file a motion for summary judgment.  Good cause appearing,

20   defendants' request is granted.

21

22   December 11, 2006

23

24

25                              /s/   **CRAIG M. KELLISON**
                                Craig M. Kellison
26                              UNITED STATES MAGISTRATE JUDGE

27

28

[Proposed] Order

                                          1