# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

TUANJA EDWARD ANDERSON,             No. CIV S-05-1868-FCD-CMK-P

    Plaintiff,

  vs.                                 ORDER

JACQUES C. HIRSCHLER, et al.,

    Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On April 20, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.    The findings and recommendations filed April 20, 2007, are adopted in

3 full;

4         2.    Defendants' motion for summary judgment (Doc. 37) is granted;

5         3.    Plaintiff's motion for injunctive relief is denied; and

6         4.    The Clerk of the Court is directed to enter judgment and close this file.

7 DATED: June 14, 2007

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE